1

2                                          THE HON. BARBARA J. ROTHSTEIN
                                                  Trial Date: 03/02/2026
3

4

5

6

7

8                            UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF WASHINGTON AT SEATTLE

9

| | |
|---|---|
| 1308-1320 CORNWALL, LLC, a Washington limited liability company, | No. 2:24-cv-02120-BJR |
| Plaintiff, | STIPULATED MOTION AND ORDER FOR DISMISSAL |
| vs. | |
| MASSACHUSETTS BAY INSURANCE COMPANY, dba THE HANOVER INSURANCE GROUP, a foreign corporation doing business in Washington, | |
| Defendant. | |

        IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this

action shall be dismissed with prejudice and without costs.

        DATED this 24th of November, 2025.


                        By:  s/Alfred E. Donohue
                                Alfred E. Donohue, WSBA No. 32774
                                Wilson Smith Cochran Dickerson
                                1000 Second Avenue, Suite 2050
                                Seattle, WA  98104-3629
                                Phone: (206) 623-4100; Fax: (206) 623-9273
                                Email: donohue@wscd.com
                                Attorney for Defendant

WILSON SMITH COCHRAN DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON  98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

1    DATED this 21st of November, 2025.

2

3                                                    By:   *Claire W. Boren (with permission per 11/21/25*

4                                                          *email)*
                                                          Claire W. Boren, WSBA No. 56909
                                                          David M. von Beck, WSBA No. 26166
5                                                          Levy Von Beck Comstock Chastain P.S.
                                                          1200 Fifth Avenue, Suite #1850
6                                                          Seattle, WA  98101-0043
                                                          Phone: 206-626-5444
7                                                          Email: claire@levy-law.com
                                                          Email: dmvonbeck@levy-law.com
8                                                          Attorney for Plaintiff

9

10

11

12

13    IT IS SO ORDERED.

14    DATED this 24th day of November 2025.

15

16

17    _____

18    THE HONORABLE BARBARA J. ROTHSTEIN
      UNITED STATE DISTRICT JUDGE

19

20

21

22

23

24

25

26

STIPULATED MOTION AND ORDER FOR
DISMISSAL (Cause No. 2:24-cv-02120-BJR) – 2
ys/AED6906.033/4928-9726-7830 v.1x

WILSON
SMITH
COCHRAN
DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON  98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273